IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LONE STAR SCM SYSTEMS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | **CIVIL ACTION NO. 6:21-CV-00843-ADA** |

**DECLARATION OF JEREMY WHITLEY IN SUPPORT OF HONEYWELL INTERNATIONAL INC.'S MOTION TO DISMISS**

I Jeremy Whitley, am over 18 years of age, am competent to testify, and make the following statements to the best of my personal knowledge:

1. I am the Chief Intellectual Property Counsel of Honeywell's Safety and Productivity Solutions (PSS) business group.

2. Honeywell International Inc. ("Honeywell") is a Delaware corporation with its principal place of business in Charlotte, North Carolina.

3. Hand Held Products, Inc. ("Hand Held") is a Delaware corporation that is part of the SPS business group and has its principal place of business in Charlotte, North Carolina.

4. Hand Held is a separate corporate entity from Honeywell and maintains corporate formalities and its own corporate and financial records. The existence of Hand Held as a corporate entity is shown in Honeywell's most recent Form 10-K, available at https://honeywell.gcs-web.com/node/42836/html.

5. Honeywell does not make, import, use, offer to sell, or sell any of the accused products or any other RFID or Near Field Communication (NFC) products, including the IF1, IF1C, IF2, IF2b, IF4, IF61, IH21, IH25, IH40, IP2L, IP30, 70 Series RFID Computer, CT45/CT45 XP, CT40/CT40 XP Series, Dolphin CT60/CT60 XP, CK65 Series, CK70, CK71, CN70/70e, CN80 Series, ScanPal EDA51 Series, CK3, CK3B, CK3R, CK3X, CK3XNI, 8680i, 8690i, CV31 Vehicle-Mounted Computer, IV7D RFID Reader, Thor VM1A, Thor VM3A, and RT102 Rugged Tablet (collectively, "Accused RFID and NFC Products").

6. Honeywell does not sell or offer software or "Honeywell as a Service" (HaaS) related to the "Accused RFID and NFC Products."

7. Rather, Hand Held designs, markets, makes, imports, and sells the RFID and NFC products at issue in this litigation.

8. Other than that Honeywell being the ultimate parent company of Hand Held, the two companies are not in the same distribution chain for any of the Accused RFID and NFC Products.

9. Honeywell has no regular and established places of business, physical locations, or employees related to the Accused RFID and NFC Products in the area that I understand comprises the Western District of Texas, as listed in this website: https://www.usmarshals.gov/district/tx-w/general/area.htm.

10. I understand that the following locations are listed in the complaint filed in this litigation. None of the facilities makes, sells, markets, or otherwise is involved in the supply chain or sale of the Accused RFID and NFC Products. Specifically, none of the facilities is affiliated with the SPS business group, which includes the business unit relating to the Accused RFID and NFC Products, and therefore none of the facilities relate to those products. Exhibit A is a true and correct copy of a version of Honeywell's internal records system showing real properties, filtered to show certain information about any properties listed in the complaint. I am aware of only one of the facilities (12220 Rojas Dr., El Paso, TX) being affiliated with Honeywell, but unrelated to the SPS business group. I am familiar with Honeywell's records of the properties with which it is affiliated, and I can attest that the "3019 Alvin Duvane" location is not leased by Honeywell, but by one of its subsidiaries, and that subsidiary is not within the SPS business group and is unrelated thereto. Honeywell's internal systems have no record of the remaining three sites being affiliated with Honeywell or any of its subsidiaries.

- 3019 Alvin Duvane Blvd., #430, Austin, TX
- 12220 Rojas Dr., El Paso, TX
- 420 McGregor Airport Rd., McGregor, TX

- 8609 Cross Park Dr., Austin, TX
- 1100 E. Howard Lane #300, Austin, TX

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2022.

Jeremy Whitley