**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| LONE STAR SCM SYSTEMS, LTD.,<br>Plaintiff,<br>v.<br>HONEYWELL INTERNATIONAL INC.,<br>Defendant. | **CIVIL ACTION NO. 6:21-CV-00843-ADA**<br>JURY TRIAL DEMANDED |

**DECLARATION OF MARK SMITH IN SUPPORT OF DEFENDANT HONEYWELL INTERNATIONAL INC.'S <u>OPENING CLAIM CONSTRUCTION BRIEF</u>**

I, Mark Smith, declare as follows:

1. I am an attorney with the law firm Paul Hastings LLP and counsel for Defendant Honeywell International Inc. ("Honeywell"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

2. Lone Star SCM Systems, Ltd. ("Lone Star") asserted U.S. Patent Nos. 7,557,711 (claims 1, 3-7, 15, 16, 18); 9,646,182 (claims 1-4, 7, 10-19, 21, 22); 9,996,717 (claims 1-3, 6-13, 15, 17, 19, 20); 10,482,293 (claims 1-7, 10, 14-19, 21, 22) (collectively, the "Asserted Patents") against Honeywell.

3. Attached hereto as Exhibit 1 is a true and correct copy of the File History of U.S. Patent No. 7,557,711: 12-11-2008 Applicant's Amendment and Remarks produced by Lone Star in this case.

4. Attached hereto as Exhibit 2 is a true and correct copy of the File History of U.S. Patent No. 7,557,711: 03-03-2009 Notice of Allowability produced by Lone Star in this case.

5. Attached hereto as Exhibit 3 is a true and correct copy of the File History of U.S. Patent No. 9,646,182: 02-03-2015 Office Action produced by Lone Star in this case.

6. Attached hereto as Exhibit 4 is a true and correct copy of the File History of U.S. Patent No. 9,646,182: 04-02-2015 Applicant's Amendment and Remarks produced by Lone Star in this case.

7. Attached hereto as Exhibit 5 is a true and correct copy of the File History of U.S. Patent No. 9,646,182: 11-25-2015 Office Action produced by Lone Star in this case.

8. Attached hereto as Exhibit 6 is a true and correct copy of the File History of U.S. Patent No. 9,646,182: 08-22-2016 Applicant's Amendment and Remarks produced by Lone Star in this case.

9. Attached hereto as Exhibit 7 is a true and correct copy of the File History of U.S. Patent No. 9,646,182: 12-30-2016 Notice of Allowability produced by Lone Star in this case.

10. Attached hereto as Exhibit 8 is a true and correct copy of the File History of U.S. Patent No. 10,482,293: 07-01-2019 Applicant's Amendment and Remarks produced by Lone Star in this case.

11. Attached hereto as Exhibit 9 is a true and correct copy of the File History of U.S. Patent No. 10,482,293: 07-17-2019 Notice of Allowability produced by Lone Star in this case.

12. Attached hereto as Exhibit 10 is a true and correct copy of the excerpt of Merriam-Webster's Collegiate Dictionary (10th Ed. 1999), including the definition of the term "portable."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of April, 2023 in Chicago, Illinois.

<u>s/ Mark Smith</u>
Mark Smith

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 20, 2023. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*Douglas L. Sawyer*
Douglas L. Sawyer