**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| LONE STAR SCM SYSTEMS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | **CIVIL ACTION NO. 6:21-CV-00843-ADA**<br><br>JURY TRIAL DEMANDED |

# DECLARATION OF DOUGLAS SAWYER IN SUPPORT OF DEFENDANT HONEYWELL INTERNATIONAL INC.'S OPPOSED MOTION TO STRIKE CERTAIN ACCUSED PRODUCTS AND NEWLY ASSERTED CLAIMS FROM FINAL INFRINGEMENT CONTENTIONS

I, Douglas Sawyer, declare as follows:

1. I am an attorney with the law firm Paul Hastings LLP and counsel for Defendant Honeywell International Inc. ("Honeywell"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of emails between counsel for Honeywell and counsel for Plaintiff Lone Star SCM Systems, LTD ("Lone Star") dated September 8, 2023 to October 16, 2023. Exhibit 1 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit A to Lone Star's final infringement contentions served on September 8, 2023. Exhibit 2 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

4. Attached hereto as Exhibit 3 is a true and correct copy of Lone Star's preliminary infringement contentions cover pleading served on July 27, 2022. Exhibit 3 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

5. Attached hereto as Exhibit 4 is a true and correct copy of emails transmitting the technical document production from Honeywell to Lone Star dated April 15, 2023 to April 22, 2023. Exhibit 4 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

6. Attached hereto as Exhibit 5 is a true and correct copy of Lone Star's final infringement contentions cover pleading served on September 8, 2023. Exhibit 5 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

7. Attached hereto as Exhibit 6 is a true and correct copy of Exhibit B to Lone Star's final infringement contentions served on September 8, 2023. Exhibit 6 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

8. Attached hereto as Exhibit 7 is a true and correct copy of Exhibit F to Lone Star's final infringement contentions served on September 8, 2023. Exhibit 7 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

9. Attached hereto as Exhibit 8 is a true and correct copy of Exhibit E to Lone Star's final infringement contentions served on September 8, 2023. Exhibit 8 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

10. Attached hereto as Exhibit 9 is an article entitled "Experimental Evaluation of NFC Reliability Between An RFI Tag And A Smartphone" by Dr. M. Mareli, et al. Exhibit 9 is highlighted in accordance with W.D. Tex. (Waco) Patent OGP 4.3, at X ¶ 11.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st of October, 2023 in Chicago, Illinois.

Dated: October 31, 2023

*/s/ Douglas L. Sawyer*

Douglas L. Sawyer, *admitted pro hac vice*
dougsawyer@paulhastings.com
PAUL HASTINGS LLP

71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Tel. 312.499.6060
Fax. 312.499.6160

*Attorneys for Defendant*
*Honeywell International Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 31, 2023. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Douglas L. Sawyer*
Douglas L. Sawyer